FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JAN 2 6 2010

Civil Action No. _____ 10CV00174 _____ BnB   GREGORY C. LANGHAM
                                                              CLERK

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

KAT BAILOT,

         Plaintiff,

v.

STATE OF CO DIV. OF EMP., and
RANDALL D. JOHANNES,

         Defendants.

_____

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

_____

Plaintiff has submitted a Civil Cover Sheet, a "Notice of Lawsuit and Request for

Waiver of Service of Summons," a Summons, a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  As part of the court's review

pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Plaintiff will be

directed to cure the following if she wishes to pursue her claims.  Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __    is not submitted
(2)   __    is not on proper form (must use the court's current form)
(3)   __    is missing original signature by Plaintiff
(4)   __    is missing affidavit
(5)   __    affidavit is incomplete
(6)   __    affidavit is not notarized or is not properly notarized
(7)   __    names in caption do not match names in caption of complaint, petition or application
(8)   __    An original and a copy have not been received by the court. Only an original has been received.
(9)   __    other _____

**Complaint or Petition:**
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the Plaintiff
(13)   X    is incomplete (pages 3-5 of Complaint form are missing)
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court. Only an original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __    names in caption do not match names in text
(18)   X    other: "Claim(s) for Relief and Supporting Factual Allegations," not stated

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _26ᵗʰ_ day of _January_, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **10CV00174**

Kay Bailot
10695 Arapahoe Rd.
Lafayette, CO 80026

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on___/_26/_16___

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk