RECEIVED   JAN 2 0 2010

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 6 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. **10CV00174**
(To be supplied by the court)

_Kat Bailot_

_____, Plaintiff,

v.

State of CO Div of Emp,

ex rel Randall D. Johannes,

_____,

R. Barger, Hearing Officer

Ms Elmendorf, Human Resources    } witnesses

Ms Lowe, Charge Nurse

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

## COMPLAINT

Coherced and bias decision by R. Barger based on retaliation in subornation of witness perjury. Deb Lowe was not present. The corporation is forfited.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 0 2010

GREGORY C. LANGHAM
CLERK

(Rev. 07/06)

**PARTIES**

1. Plaintiff _Kat Bailat_ is a citizen of _US - Boulder CO_
   who presently resides at the following address:
   _10695 Arapahoe Rd Lafayette CO 80026_

2. Defendant _State of CO Div of Emp - TBT Enterprises inc_
   _and Randall D Johannes_ is a citizen of _US. Denver CO_
   who live(s) at or is/are located at the following address:
   _600 17th St Ste 800 NorthTower Denver CO 80202_

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:
   _____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _Civil Rights and Employment_
   _____
   _____

5. Briefly state the background of your case:

By retaliation in subornation of witness perjury was I denied unemployment benefits, consequently my health worsened, and I was also denied disability, a ss card name change and foodstamps as well as leap utility assistance. The reckless pandering has also continued in state court. This extrinsic felonious fraud based on disjunctive allegations not to support my civil rights is a culpable act. The coercion of constitutional torts which has resulted in my request for consequential damages: Just the concealment of my excellent working record and the case # are major violations of my process rights.

Maryland Department of Assessment and Taxation – SOS:
ID# D02730364 TBT Enterprises, Incorporated, **Forfeited Status**


Ms Elmendorf and Ms Lowe
("Priscilla" is not mentally stable)
Four Corners Health Center (Hostile Environment)
2911 Junction Street
Durango CO 81301-2215


Phone 970-247-2215


c/o Mariner Health Central
c/o TBT Enterprises Inc
PO Box 848
Gaithersburg MD 20884


A bias and illicit decision was made by:
R Barger, Hearing Officer
CO Department of Labor and Employment
PO Box 8988
Denver CO 80201-8988

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Original debt (judgment) deleted by Colorado Division of Employment
and adequate damages of 100,900,000.⁰⁰

Date: Jan 15 2010

_____
(Plaintiff's Original Signature)

10695 Arapahoe Rd
(Street Address)

Lafayette CO 80026
(City, State, ZIP)

720 690 1780
(Telephone Number)

(Rev. 07/06)                    6

December 10, 2009

Tammy Hussin, Attorney at Law
Weisberg & Meyers, LLC
5025 North Central Ave #602
Phoenix AZ 85012


Dear Tammy:

Enclosed are the documents of a third case, of where I am presently pursuing the client of
the agency, however, the agency ought to be pursued as well for a number of violations,
as this would then be an additional case.

I was contacted by Machol & Johannes in August this year, although the illegitimate debt
originates from December 2003. The demand was sent in an open envelope, for everyone
to read, which I still have. When I told them of the corruption of the case, they
summoned my husband, of only a month, and I had to return from Europe, where we had
planned to immigrate.

When I returned, I stopped by the court in search for a case#, November 2, 3 and 4, but
no one could find it. I called Machol & Johannes on November 4, and the collector
refused to give me the information, demanded payment and hung up. I then looked it up
on the docket website and found the case #, but it was not in a courtroom, and had been
deleted. Yet, the agency managed to get a judgment, and I then had to file the default
judgment and counterclaim, the following day.

The agency continued to contact me again.


Yours,


Kat Bailot
10695 Arapahoe Rd
Lafayette CO 80026

November 30, 2009

**CASE 09C5026**

Thomas J.B. Reed
County Court Judge
1777 6th Street
Boulder CO 80306

**AFFIDAVIT TO FILE No. 29004377**

I now received your request of my husband's proof of income and it is attached.  Keith Robbins no longer resides with us, since he chose not to contribute.

Your search for convenience is entirely irrelevant, since Issa and I got married in July of 2009 and this illegitimate debt is from December of 2003, when an employee at the human resource department of the company, asked me not to return, disrespecting my notice I gave, due to my charge nurse, Deb Lowe, stating that she would rather not work with me if she had a choice, and other more serious harassments by a couple of the other nurses. Therefore this would be owed me, since you can't force someone to give a notice, then when they do, fire them.

Instead, the treatment of the state not to support me, is a crime against my civil rights.

Furthermore, and due to the continuous corruption of the state, we decided to move to Sweden in August of 2009, and Issa was served while I was there, and arranged for our immigration.  This caused me to use up my entire remaining inheritance, to leave all behind and have to return here.  Keith Robbins stayed with Issa during this time, since he was going to take over the lease, but chose to leave upon my unfortunate return.

Mrs. Kat Bailot
10695 Arapahoe Rd
Lafayette CO 80026

# MACHOL & JOHANNES LLC

**600 Seventeenth Street | Suite 800 North Tower | Denver, Colorado 80202**
**303.830.0075 | 866.729.3328 | Fax 303.830.0047**

Katarina M. Head
10695 Arapahoe Road
Lafayette CO 80026

November 20, 2009
29004377
dxjx1xxj.frm

Katarina M. Head

Please be advised that we have made a request to the Court that a Judgment enter on the case referenced below in the following manner. All pertinent information concerning the Judgment is set forth below:

| | |
|---|---|
| **OUR FILE NO.:** | 29004377 |
| **COUNTY COURT:** | BOULDER |
| **CIVIL ACTION NO.:** | 09C5026 |
| **PLAINTIFF:** | CENTRAL COLLECTION SERVICE, DIVISION OF FINANCE AND PROCUREMENT, STATE OF COLORADO |
| **DEFENDANT:** | Katarina M. Head |
| **DATE JUDGMENT REQUESTED:** | November 4, 2009 |
| **AMOUNT OF JUDGMENT REQUESTED:** | $1,399.07 plus interest and Court costs |
| **INTEREST ACCRUES AT:** | 8% per year on the unpaid balance compounded each year. |

This is an opportunity to settle this matter and avoid further legal action. We are willing to discuss payment arrangements on the balance due in order to avoid further legal action. Enclosed, you will find a set of "Interrogatories", which you may answer voluntarily and may be returned in the prepaid envelope. This information will be useful in determining a reasonable repayment plan. Completing the Interrogatories is entirely voluntary.

If you wish to discuss payment options at this time, please contact our office and reference file number 29004377.

Very truly yours,

**MACHOL & JOHANNES, LLC**

Leo Rivera
Legal Assistant to Randall D. Johannes

**This firm is a debt collector. We are attempting to collect a debt and any information obtained will be used for that purpose.**
For information about the Colorado Fair Debt Collection Practices Act, See
HTTP://WWW.COLORADOATTORNEYGENERAL.GOV/CA

November 14, 2009

Boulder District Court Judge
1777 6th Street
Boulder CO 80306

Randall D. Johannes
600 Seventeenth Street Suite 800 North Tower
Denver CO 80202

## DEFAULT JUDGMENT & COUNTERCLAIM CASE 09C5026

### Additional evidence of harassment

As per attached proof, Machol & Johannes, LLC, continue to harass me and refuse to
respond to my request for a settlement, or case number when pertinent. The debt, of
which they attempt to collect by corruption and intimidation, is invalid, as the State of
Colorado supported perjury for it to incur and a much greater debt is owed me
immediately. Therefore, a default judgment and counterclaim was filed when the case
number, which intentionally was withheld, was discovered. Since I have returned from
Europe for this to be paid, I expect this to be done immediately, so we can leave the state,
or I will request that criminal charges are filed against participants of corruption and
fraud. If this is not settled with this request, subpoenas will be requested, government
and original employees will be required to pay fines and serve time, without
unemployment benefits. This agency will be reported to the FTC and a fine of a million
dollars might be required by them, as well as the surrender of their business licenses.
Furthermore, the firm has been informed of my legal name change, and should have
made that note.

A settlement payment to include paid salary until my retirement from Mariner Health
Central, Inc, C/O TBT Enterprises Inc, DBA Four Corners Health Care Center, would
bring the amount to approximately $900,000.00. I hereby ask the judge to increase the
amount to include punitive damages as well of $100,000,000.00. Machol & Johannes
can thereby stop further action against themselves and their clients by paying
$100,900,000.00 at the receipt of this letter.


Kat Bailot



10695 Arapahoe Rd
Lafayette CO 80026

800 Seventeenth Street | Suite 800 North Tower | Denver, Colorado 80202
303.830.0075 | 866.729.3328 | Fax 303.830.0047

November 10, 2009

atarina M. Head                              29004377
)695 Arapahoe Road                           cbal1.frm
afayette CO 80026

e:   CENTRAL COLLECTION SERVICE, DIVISION OF FINANCE AND PROCUREMENT,
     STATE OF COLORADO as agent for COLORADO DEPARTMENT OF LABOR AND
     EMPLOYMENT-OVERPAYMENT, an agency of the State of Colora*
     vs. KATARINA HEAD, aka KATARINA KISCH FELDMAN, aka KAT BAILOT
     BOULDER COUNTY COURT
     Case No. 09C5026
     Original Account No.: 1838743
     **Our File No.: 29004377**

:arina M. Head

:suant to your request, a breakdown of the balance due in the above matter is as follows:

| | |
|---|---:|
| Suit Amount | $1,077.60 |
| Interest to date of this letter (8% per annum) | $.00 |
| Attorney's Fees | $.00 |
| Costs Due | $52.07 |
| Amount paid to the date of this letter | $.00 |
| Balance including accrued interest | $1,399.07 |

ase make your check payable to MACHOL & JOHA

:y truly yours,

:CHOL & JOHANNES, LLC

) Rivera
:al Assistant to Randall D. Johannes

**This firm is a debt collector. We are att**
**and any information obtained will be**
For  information about the Colorado Fair Debt
       HTTP://WWW.COLORADOATTORNE





| DENIED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *Thomas J.B. Reed* |
|---|---|---|

**Thomas J.B. Reed**
**County Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

PLAINTIFF(S): Kat & Central Collections
Address: Machal & Johannes for State of CO
City/State/Zip: 600 17th St ste 800 Denver CO 80202

Phone: Home _____ Work _____

v.

DEFENDANT(S): Kat Bailot aka Katarina Head
Address: 10695 Arapahoe Rd
City/State/Zip: Lafayette CO 80026

Phone: Home _____ Work _____

EFILED Document – County Court
CO Boulder County–County Court 20th JD
Filing Date: Dec 9 2009 11:22AM MST
Filing ID: 28423277
Review Clerk: COURT USE ONLY

Case Number:
2009 C5026
Division _____ Courtroom _____

**REQUEST TO SET ASIDE** ☐ **DISMISSAL** ☑ **DEFAULT JUDGMENT**

UNDER PENALTIES OF PERJURY, I DECLARE THAT THESE STATEMENTS ARE TRUE AND CORRECT.

1. I/We Kat Bailot _____, am the ☐ Plaintiff(s) ☑ Defendant(s) in above captioned case.

2. My claim against the Defendant(s) was/were dismissed on (date) _____
   OR
   The Plaintiff(s) Judgment was/were entered against me on (date) _____ or the ☐ date of the entry of judgment because:

3. I/We did not appear in Court on the ☐ date of the trial or the ☐ _____

4. I/We believe I/We can provide the following facts to prove my/our case or to establish my/our defense: I was here per ordered, however, great damage has been caused by perjury in the initial hearing of the original claim and I seek restitution and cancellation of debt

Dated: Nov 5 2009

Signature: K Bailot

Signature: _____

## ORDER

The Court upon review of Request to Set Aside ☐ Dismissal ☐ Default Judgment, ORDERS the following:

☐ Request **DENIED** ☐ Request **GRANTED**

☐ Request to be heard by the Court on (date) _____

If after the request is heard and the Court finds that the request for dismissal/default judgment should be set aside, the Court

☐ will proceed immediately to trial at the conclusion of the hearing.

☐ will re-schedule the trial for another date.

THE PARTIES ARE ADVISED TO BRING WITH THEM ON THE SAID DATE ALL OF THE EVIDENCE AND WITNESSES NECESSARY FOR THE COURT TRIAL.

Dated: _____   ☐ Judge ☐ Magistrate

## CERTIFICATE OF MAILING

I hereby certify that on (date) _____, I mailed a true and correct copy of the REQUEST TO SET ASIDE DISMISSAL/DEFAULT JUDGMENT, by placing it in the United States Mail, postage pre-paid to the parties at the addresses listed above.

Dated: _____   Clerk of the Court/Deputy Clerk

JDF 253  9/01   REQUEST TO SET ASIDE DISMISSAL/ DEFAULT JUDGMENT

November 4, 2009

## MOTION TO COUNTERCLAIM 2009C5026

I returned from Europe on October 31, 2009, since I did not get a response from the court that I would not be here to attend, after my husband was summoned on a payment made by State of Colorado of unemployment, after I was asked not to return to Four Corner Health Care Center in December of 2003.

Both on Monday, November 1 and Tuesday, November 2, I went by the court to file my answer, but the court insisted that there was no case filed. Today, Wednesday, I called the court and was told that there was no case filed. I called the attorneys, and they said there was a case, refused to give it to me, and hung up. I went into the courthouse, room N, as told by the clerk: The Judge said that there was no case filed. As I look up the docket on the website, this evening, I see a case# and Division 10. I do not understand why all this was kept a secret after my great effort to resolve this without further complications.

My counterclaim in this case is attached, and if further proof or forms are needed, kindly inform me. I'd like the court to order State of Colorado to pay me a $900,000.00 settlement, mailed to me immediately, so I can along with my husband and son, leave the state, and pursue our continued educations and goals.

Sincerely,

Kat Bailot
10695 Arapahoe Rd
Lafayette CO 80026

**katbailot@yahoo.com**

COUNTY COURT, BOULDER COUNTY, COLORADO
Court Address: 1777 6th Street, Boulder, CO 80306
Phone Number: 303/441-3750

**Plaintiff(s):**
CENTRAL COLLECTION SERVICE, DIVISION OF FINANCE AND
PROCUREMENT, STATE OF COLORADO, as agent for COLORADO
DEPARTMENT OF LABOR AND EMPLOYMENT, DIVISION OF
EMPLOYMENT, an agency of the State of Colorado,

**Defendant(s):**
KATARINA HEAD, aka KATARINA KISCH FELDMAN, aka KAT BAILOT

**Attorney for Plaintiff**
Jacques A. Machol Jr. #3502, Randall D. Johannes #14784
**MACHOL & JOHANNES, LLC**
600 Seventeenth Street, 800 North
Denver, Colorado 80202-5462
(303) 830-0075 Fax (303) 830-0047

▲ COURT USE ONLY ▲

Case No.:
Div.:
Ctrm.:

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S): TAKE NOTICE THAT

1. On, **November 4, 2009 at 2:15 p.m.**, in the **COUNTY COURT OF BOULDER, IF An Answer IS NOT FILED, THE COURT, MAY BE ASKED TO ENTER JUDGMENT AGAINST YOU AS SET FORTH IN THE COMPLAINT.**
2. A COPY OF THE COMPLAINT AGAINST YOU AND AN ANSWER FORM WHICH YOU **MUST USE IF YOU FILE AN ANSWER ARE ATTACHED.**
3. IF YOU DO NOT AGREE WITH THE COMPLAINT, THEN YOU MUST EITHER:
   A.   Go to the Court, located at 1777 6th Street, Boulder, CO 80306, State of Colorado at the above date and time and file the Answer stating any legal reason you have why judgment should not be entered against you, or
   B.   File the Answer with the Court before that date and time.
4. WHEN YOU FILE YOUR ANSWER, YOU MUST PAY A FILING FEE TO THE CLERK OF THE COURT.
5. IF YOU FILE AN ANSWER, YOU MUST GIVE OR MAIL A COPY TO THE PLAINTIFF(S) OR THE ATTORNEY WHO SIGNED THE COMPLAINT.
6. IF YOU DO NOT FILE AN ANSWER THEN THE COURT MAY ENTER A DEFAULT JUDGMENT AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.
7. IF YOU WANT A JURY TRIAL, YOU MUST ASK FOR ONE IN THE ANSWER AND PAY A JURY FEE IN ADDITION TO THE FILING FEE.
8. IF YOU WANT TO FILE AN ANSWER OR REQUEST A JURY TRIAL AND YOU ARE INDIGENT, YOU MUST APPEAR AT THE ABOVE DATE AND TIME, FILL OUT A FINANCIAL AFFIDAVIT, AND ASK THE COURT TO WAIVE THE FEE.

Dated:    September 8, 2009.

BY THE COURT
BY: _____

**MACHOL & JOHANNES, LLC**
Attorneys for Plaintiff
Our File No. 29004377

THIS SUMMONS IS ISSUED PURSUANT TO RULE 303, RULES OF COUNTY COURT CIVIL PROCEDURE, AS AMENDED.  A COPY OF THE COMPLAINT MUST BE SERVED WITH THIS SUMMONS.

**TO THE CLERK:**    If this Summons is issued by the Clerk of the court, the signature block for the clerk, deputy and the seal of the Court should be provided by stamp, or typewritten, in the space to the left of the attorney's name.

**WARNING:**    ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

| | |
|---|---|
| COUNTY COURT, BOULDER COUNTY, COLORADO<br>Court Address: 1777 6th Street, Boulder, CO 80306<br>Phone Number: 303/441-3750 | |
| **Plaintiff(s):**<br>CENTRAL COLLECTION SERVICE, DIVISION OF FINANCE AND<br>PROCUREMENT, STATE OF COLORADO, as agent for COLORADO<br>DEPARTMENT OF LABOR AND EMPLOYMENT, DIVISION OF<br>EMPLOYMENT, an agency of the State of Colorado, | |
| **Defendant(s):**<br>KATARINA HEAD, aka KATARINA KISCH FELDMAN, aka KAT<br>BAILOT | |
| **Attorney for Plaintiff**<br>Jacques A. Machol Jr. #3502, Randall D. Johannes #14784<br>**MACHOL & JOHANNES, LLC**<br>600 Seventeenth Street, 800 North<br>Denver, Colorado 80202-5462<br>(303) 830-0075 Fax (303) 830-0047 | ▲ **COURT USE ONLY** ▲<br><br>Case No.<br>Div.:              Ctrm.: |

## COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

COMES NOW, the Plaintiff, by their specially-appointed Assistant State Solicitors General, **MACHOL & JOHANNES, LLC**, complains of the above-named Defendant, as follows:

### GENERAL INFORMATION

1.  Upon information and belief, Defendant(s) are residents of Boulder County, with a post office address of 10695 Arapahoe Road, Lafayette CO 80026. Venue is proper in this County as the Defendant(s) reside within this County.

2.  Plaintiff, Central Collection Service, Division of Finance and Procurement, State of Colorado, pursuant to C.R.S. §24-30-202.4, is authorized to assist state agencies concerning the collection of debts due the State through such agencies.

3.  The LABOR AND EMPLOYMENT - OVERPAYMENT has placed the claim against the within Defendant with Central Collection Service, for collection.

### FIRST CLAIM FOR RELIEF

4.  Defendant applied for unemployment insurance benefits through an application filed with the Colorado Department of Labor and Employment.

5.  In reliance, by the Colorado Department of Labor and Employment upon Defendant's representations that Defendant was entitled to unemployment insurance benefits, the Colorado Department of Labor and Employment issued checks which paid these requested benefits. The Defendant endorsed and cashed the checks.

6.   Defendant was subsequently disqualified from obtaining the unemployment insurance benefits he/she had previously received and despite demand for return of same, Defendant has failed and refused to repay the amounts owed the Colorado Department of Labor and Employment.

7.   In a hearing before the Division of Employment Appeals Section on, March 15, 2004, certain Findings of Fact and Conclusions of Law were determined and a Hearing Officer's Decision was rendered. The hearing officers decision is attached hereto as exhibit.

8.   The Division of Employment Appeals Section ruled that the, "claimant is at fault for the separation from this employment, and a disqualification is issued under §8-73-108(5)(e)(V) C.R.S."

9.   Payments and or Colorado State tax offsets may have been applied to the balance of the debt prior to the date of this complaint.

10.   Plaintiff, claims the State of Colorado, is entitled to a refund of the unemployment compensation of $1,077.60, interest at 0% to the date of this complaint in the amount of $.00 plus post judgment interest to accrue at 8% per annum, a collection charge in the amount of $269.40, pursuant to C.R.S. 8-79-102(2) and C.R.S. §24-30-202.4, for a total amount due of $1,347.00.

11. Defendant is not in the military service nor is Defendant a minor or incompetent.  In support of this statement, Plaintiff states the Defendant is engaged in civilian pursuits.

12. The Plaintiff does not demand a jury trial.

**WARNING:   ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

**WHEREFORE**, Plaintiff prays for judgment to enter in favor of the Plaintiff, and against the Defendant, for the principal sum of $1,077.60, plus interest in the sum of $.00, and collection costs of $269.40 for a total claim against the Defendant of $1,347.00, with interest to continue to accrue at the statutory rate from the date of entry of judgment through satisfaction of same, Court costs and such other and further relief this Court deems just and proper

The Plaintiff(s) does (do) __ /does (do) not_X_demand trial by jury (if demand is made a jury fee must be paid.)

Dated:   September 8, 2009

MACHOL & JOHANNES, LLC

_____

Specially Appointed Assistant
State Solicitors General
Our File No.:   29004377

(01) 01-333-3                                                                                              B

# HEARING OFFICER'S DECISION

Colorado Department of Labor and Employment
Division of Employment and Training
U.I. Appeals Section, P.O. Box 8988
Denver, CO 80201-8988  (303) 318-9299

Social Security: 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
Docket Number: 4715-2004
BYB Date: 01/11/2004
Dep Decision: 02/05/2004
Date Of Appeal: 02/17/2004
Appellant: Employer
Letter Series: 100110
Code: A-2

**DATE MAILED: March 16, 2004**

KATARINA M HEAD
PO BOX 3454
GLENWOOD SPRINGS, CO 81602

#556381004
MARINER HEALTH CENTRAL INC
C/O TBT ENTERPRISES INC
P O BOX 848
GAITHERSBURG, MD 20884

**APPEARANCES:** The hearing was held on March 15, 2004, in Denver, Colorado. The claimant appeared by telephone. The employer appeared by telephone, represented by Ian Chartier, Administrator; Kim Elmendorf, Payroll Scheduler; and Cara Wagner, Director of Nursing.

**FINDINGS OF FACT:** The hearing officer held the hearing because the employer appealed a decision issued by a deputy of the Division of Employment and Training. The deputy granted the claimant a full award of unemployment insurance benefits pursuant to Section 8-73-108 (4), C.R.S. The deputy found the claimant was discharged for an attendance problem. The evidence submitted, however, does not establish excessive absenteeism or violation of company policy. A denial of benefits is not warranted under these circumstances.

The hearing officer must determine whether the claimant is entitled to unemployment insurance benefits, under Colorado law, based on the cause of the separation from employment. The hearing officer reverses the deputy's decision based on the findings and conclusions stated below.

The claimant worked for this employer from September 18, 2003, until January 5, 2004, full time, as a nursing assistant, earning $8.50 base salary plus a shift differential. The claimant's supervisor was the charge nurse on the floor where she was working on any given day. Most recently, it was Deb Lowe.

The claimant resigned for personal reasons.

The claimant states the charge nurse, Deb Lowe, told her other co-workers did not like the claimant. The claimant does not know the reason they did not like her or what Ms. Lowe meant by that comment. The claimant also testified she had a disagreement with another CNA and was physically and verbally attacked. She states the charge nurse on another unit came over and told the claimant to stop stealing patients' coffee. Additionally, the claimant stated a charge nurse told her she kept a Magnum in the glove compartment of her truck because there were a lot of thieves and killers in Durango. The claimant alleges another charge nurse, Priscilla, told the claimant she was fired when she was done with the rounds. The claimant did not give the dates these events occurred. She did state that because of these events she felt threatened and gave a written notice after she thought her paycheck was short. The claimant also stated she was discharged by the payroll/scheduler, Ms. Elmendorf. The hearing officer does not find the claimant's testimony persuasive.

Ms. Elmendorf did not discharge the claimant and did not have the authority to do so. *The claimant had*

not related to the performance of the job. The claimant's job was not in jeopardy and continuing work was available for the claimant.

**CONCLUSIONS:** The hearing officer concludes the claimant quit this job for personal reasons. No persuasive evidence was presented the claimant's working conditions were objectively unsatisfactory, that the claimant's supervision was other than that to be reasonably expected in the proper performance of work, or that she was subject to personal harassment not related to job performance. Under the circumstances, Colorado law does not provide for the award of unemployment benefits.

**DECISION:** It is determined that the claimant is at fault for the separation from this employment, and a disqualification is issued under Section 8-73-108 (5)(e)(XXII), C.R.S. Subject to the maximum amount permitted by federal law, the claimant's maximum benefits payable shall be reduced by the benefits attributable to this employer on this claim and/or future claim. In addition, if this employment was the claimant's last employment prior to filing the initial or additional claim, there shall be a 10-week postponement of any benefits remaining payable.

The hearing officer reverses the deputy's decision.

R. BARGER, Hearing Officer

RB/son-4

**IMPORTANT:** If this decision reverses a previous award of benefits, you may be liable to repay those benefits. (Signature on original in the Division file).

APPEAL RIGHTS

*Within fifteen calendar days from the date mailed* the interested parties may appeal this decision to the Industrial Claim Appeals Office (ICAO). Submit the written appeal directly to the ICAO, PO Box 18291, Denver, Colorado 80218-0291. No cost will be incurred by the parties for preparation of the hearing transcript.

If you do not wish to appeal the Hearing Officer's Decision, but are only requesting a new hearing because you failed to participate in the hearing, you may submit a written request for a new hearing. You must submit your written request within fifteen calendar days from the date this decision was mailed. Your request must explain in detail why you failed to participate and should be submitted directly to the ICAO, PO Box 18291, Denver, Colorado 80218-0291.

Industrial Claims Appeals Office Phone: (303) 318-8133  Fax: (303) 318-8139

Mailed, postage prepaid, to the parties named herein on *March 16, 2004.*

CC:

BILL OWENS
Governor

VICKIE L. ARMSTRONG
Executive Director

JEFFREY M. WELLS
Deputy Executive Director



**DEPARTMENT OF LABOR AND EMPLOYMENT**
DIVISION OF EMPLOYMENT AND TRAINING
Benefit Payment Control Unit
251 East 12th Avenue, Denver, CO. 80203-2272

| Social Security Number |
|---|
| 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 |
| Date Mailed |
| 04/07/2004 |

KATARINA M HEAD

PO BOX 3454
GLENWOOD SPRING CO  81602

## NOTICE OF OVERPAYMENT OF BENEFITS

You recently received a decision concerning your unemployment insurance (UI) benefits. That decision has caused an overpayment of benefits. The week-ending date, overpaid amount, and the reason(s) for the overpayment are listed below.

| DATE FROM | DATE TO | AMOUNT | REASON |
|---|---|---|---|
| 01/24/2004 | 03/13/2004 | 1,280.00 | HEARING OFFICER'S DECISION |
| | TOTAL | 1,280.00 | |

## THE OVERPAID AMOUNT IS DUE IMMEDIATELY

Please make check or money order payable to the Colorado Department of Labor and Employment and mail it to the above address. Include your social security number with your payment.

If you cannot pay the full amount at this time, you may request to pay it in monthly installments. To make arrangements, contact the Benefit Payment Control Unit, 303-318-9035 (Denver-metro area) or 1-800-388-5515, ext. 6203 (outside Denver-metro area). The UI Program may pursue collection activities including, but not limited to, deducting all or a portion of future UI benefits.

If you feel the amount is incorrect, you have 30 days to contest the amount of the overpayment. To do so, complete the reverse side of this form (**Section I**) and mail it to the above address.

You have the right to request that the UI Program waive the collection of the overpaid amount if you feel that collection is unfair for any reason. To do so, complete the information on the reverse side of this form (**Sections II, III, and IV**) and mail it to the above address.

UIB-477 (R 06/01)

BILL OWENS
Governor

JEFFREY M. WELLS
Executive Director



# DEPARTMENT OF LABOR AND EMPLOYMENT
### Office of the Inspector General
### Investigations and Criminal Enforcement
1515 Arapahoe, Tower 3, Suite 600
Denver, Colorado 80202 - 2117
303-318-9035 (Denver-metro area)
1-800-388-5515, ext 6203 (outside the Denver-metro area)

HEAD/KATARINA M

4869 N BROADWAY
BOULDER          CO    80304

| Social Security Number | |
|---|---|
| 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 | 3 |
| Date Mailed | |
| 01/03/2005 | |

## UNEMPLOYMENT INSURANCE BENEFITS OVERPAYMENT STATEMENT

You were sent a letter explaining that you were overpaid unemployment insurance benefits. This is a statement of the amount still due. Any payment made within the last ten days may not appear on this statement.

Make your check or money order payable to the Colorado Department of Labor and Employment. Mail your payment to the address listed above.

Please include your social security number on the check or money order.

| Period Covered | Amount Due | Amount Paid | Date Paid | Reason for Charge |
|---|---|---|---|---|
| 12/01/2004 | 1,115.00 | | | PRIOR MONTH BALANCE |
| Month-Ending Date | | | | Current Balance Due |
| 12/31/2004 | | | | $   1,115.00 |

**Keep this statement for use in filing your income tax return.**
If you have not yet contacted the Benefit Payment Control Unit regarding this overpayment, or if you have not made any payment within the past 30 days, please do so immediately. If we do not hear from you, you may be subject to a 29% collection fee and further legal action.

**Office of the Inspector General - Criminal Prosecutions Unit**

B-499 (R05/03)

May 27, 2009


Central Collections
633 17th St Suite 1540
Denver CO 80202

SSN 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

2008 Income Tax Overpayment of $44



Dear Legal Representative of State of CO:

The first time I was informed of an interception of my refund was on February 5, 2009.
In response, I sent you a letter, demanding proof of debt on February 7, 2007.

Instead, my boyfriend was harassed by phone, by Mr. Taylor on March 5, 2009, although
I was not given proof of debt within the legal statue of limitation.  The statutory fine for
offense FDCPA 15 USC 1692 k and 15 USC 1692 (c)(a)(2) is respectively $1000 each.
Collection efforts should have stopped at the receipt of my letter 1692e(10) and you
should have not contacted me by phone, violation of 1692g(b); which is then a total fine
of $4,000.

Please credit this account and mail me a check today for $4,044, or I would have to add
the time lost on my behalf as well, legal expert witnesses fees, transportation, office fees,
and emotional distress, should this go to court.

*Examples: Southern Siding CO, Inc v. Raymond, 703 So.2d 44 (La. App., 1st Cir. 1997)*
*Vernes v. Professional service Bureau, 353 N.W. 2d 671 (Minn. Ct. App. 1984) for*
*additional emotional damages received in these violations.*


Sincerely,




Kat Feldman
10695 Arapahoe Rd
Lafayette CO 80026

INTEGRATED   COLORADO   ONLINE   NETWORK   (I C

Status:          CLSD        County Court, Boulder County
Case #: 2009 C  005026    Div/Room: 10    Type:  Money
            CENTRAL COLLECTION SERVICE, DIVISION OF vs. HEAD, KATARINA

                                                  DV STATUS:
Case File Date:  9/30/2009    Case Close Date: 11/04/2009   Appealed: N
                              Confidential Intermediary............:

                       Bar #    Name
        Judicial Off...: 002571  THOMAS JEFFERSON REED
        Alt Jud Officer: 900701  Debra L Crosser
                       Description              Stat Date        Time
        Trial..........:                                         0:00
        Next Schd Event:                                         0:00
        Last Schd Event: Return Date on Summons   HELD 11/04/2009  2:15 I
        Last Event.....: Order                    n/a  12/21/2009

        Attorney(s)....: Y

        Judgements............:Y
        Motions Filed.........:Y
        Proposed Judgments....:N

        Amount Prayed for.....:          .00

        Jury Fee Paid.........:N

                        ----- PARTIES -----
PARTY  ROL STS    NAME                      ATTORNEY
DEF  1            HEAD, KATARINA
PTF  1            CENTRAL COLLECTION SERVICE,  MACHOL, JACQUES A
FILE DATE    EVENT DESCRIPTION
09/30/2009   Summons and Complaint Filed    Event ID: 000001   E-Filed:
             ATY/   MACHOL, JACQUES A
             PTF/   CENTRAL COLLECTION SERVICE, DIVISIO
SUMMONS AND COMPLAINT:-319641
09/30/2009   Filing Other                   Event ID: 000002   E-Filed:
             ATY/   MACHOL, JACQUES A
             PTF/   CENTRAL COLLECTION SERVICE, DIVISIO
EXHIBIT:-319639
09/30/2009   Return of Service              Event ID: 000003   E-Filed:
             ATY/   MACHOL, JACQUES A
             PTF/   CENTRAL COLLECTION SERVICE, DIVISIO
RETURN OF SERVICE: SUB SERVED DEF'S HUSBAND, 2009.09.25-319640
11/03/2009   Affidavit                      Event ID: 000004   E-Filed:
             ATY/   MACHOL, JACQUES A
             PTF/   CENTRAL COLLECTION SERVICE, DIVISIO
VERIFIED AFFIDAVIT:-339739
11/04/2009   Case Closed                    Event ID: 000005   E-Filed:
FILE DATE    SCHEDULED EVENT DESCRIPTION    SCHD DATE   TIME     ROOM  I
11/04/2009   Return Date on Summons         11/04/2009  02:15 PM  ZZ
             Officer: CLERK OF COURT                 Length:  1.00 Hour(s)
             Status.: HELD-Hearing Held
11/05/2009   Motn-Proceed In Forma Pauperis Event ID: 000006   E-Filed:
             DEF/   HEAD, KATARINA

FILE DATE    SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME      ROOM  1
FILED BY DEF
11/05/2009  Request Filed                    Event ID: 000007    E-Filed
            DEF/    HEAD, KATARINA
TO SET ASIDE DEFAULT JUDGMENT
11/05/2009  Answer & Counterclaim            Event ID: 000008    E-Filed
            DEF/    HEAD, KATARINA
WHICH EXCEEDS COUNTY COURT JURISDICTION
11/05/2009  Notice Filed                     Event ID: 000009    E-Filed
            DEF/    HEAD, KATARINA
DISTRICT COURT CIVIL COVER SHEET FOR INITIAL PLEADING OF COMPLAINT & COUI
AIM
11/16/2009  Motion for Default Judgment      Event ID: 000010    E-Filed
            DEF/    HEAD, KATARINA
DEFAULT JUDGMENT AND COUNTERCLAIM
11/18/2009  Order                            Event ID: 000011    E-Filed
DENIED (FILED BY DEF)
11/24/2009  Certificate Filed                Event ID: 000012    E-Filed
            ATY/    MACHOL, JACQUES A
            PTF/    CENTRAL COLLECTION SERVICE, DIVISIO
CERTIFICATE OF MAILING:-352666
11/24/2009  Writ of Cont Garn-Proposed       Event ID: 000013    E-Filed
            ATY/    MACHOL, JACQUES A
            PTF/    CENTRAL COLLECTION SERVICE, DIVISIO
WRIT OF CONTINUING GARNISHMENT DIVINE RESOURCES INC, 563 E COLFAX, DENVEI
80203
11/30/2009  Filing Other                     Event ID: 000015    E-Filed
            DEF/    HEAD, KATARINA
PROOF OF HUSBANDS INCOME SEALED FOR SENSITIVE INFORMATION
12/04/2009  Writ of Cont Garn Issued         Event ID: 000014    E-Filed
ISSUED - GARN (WRIT OF CONTINUING GARNISHMENT DIVINE RESOURCES INC, 563 1
AX, DENVER, CO 80203)
12/09/2009  Order                            Event ID: 000016    E-Filed
DENIED (TO SET ASIDE DEFAULT JUDGMENT)
12/09/2009  Order                            Event ID: 000017    E-Filed
DENIED (DEFAULT JUDGMENT AND COUNTERCLAIM)
12/21/2009  Order                            Event ID: 000018    E-Filed
DENIED (PROOF OF HUSBANDS INCOME SEALED FOR SENSITIVE INFORMATION)
JGM DATE     JUDGMENT DESCRIPTION                STATUS
11/04/2009  DFLJ Default Judgment               UNSATISFIED
            Ordered By..........: THOMAS JEFFERSON REED
            Debtor Fee..........: N
            Debtor Fee Paid.....: N
INTEREST AT 8%
            JUDGMENT TRANSACTION(S)          AMOUNT
            PRINCIPAL                        $1,077.60        11/04,
            COURT COSTS                         $52.07        11/04,
            INTEREST                             $0.00        11/04,
            JUDGMENT TRANSACTION(S)          AMOUNT
            COST                               $269.40        11/04,
            JUDGMENT ROLE    NAME                            PTY
            Debtor          HEAD, KATARINA                   DEF
            Creditor        CENTRAL COLLECTION SERVICE, DIVISIO   PTF

                  End of Case: 2009 C  005026



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $ $0.61

Certified Fee $2.80

Return Receipt Fee (Endorsement Required) $2.30

Restricted Delivery Fee (Endorsement Required) $0.00

Total Postage & Fees $ $5.71

Sent To _Randall D Johannes Hackel & Johannes_

Street, Apt. No.; or PO Box No. _600 17th St Ste 600 North Tower_

City, State, ZIP+4 _Denver CO 80202_

PS Form 3800, August 2006    See Reverse for Instructions



**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage $ $0.61

Certified Fee $2.80

Return Receipt Fee (Endorsement Required) $2.30

Restricted Delivery Fee (Endorsement Required) $0.00

Total Postage & Fees $ $5.71    01/19/2010

Sent To _Co Dept of Labor & Empl Michael Mc Ardle_

Street, Apt. No.; or PO Box No. _633 17th St Suite 200_

City, State, ZIP+4 _Denver CO 80202_

PS Form 3800, August 2006    See Reverse for Instructions